UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY LYNN COWAN,

    Petitioner,

v.                                                        Case No. 06-13846

CLARICE STOVALL,

    Respondent.
                                           /

## ORDER DENYING PETITIONER'S MOTION TO COMPEL

On August 31, 2011, the court stayed and held in abeyance this petition for a writ of habeas corpus under 28 U.S.C. § 2254, in order to allow Petitioner to exhaust her state-court remedies. At that time, Petitioner had already begun the exhaustion process by filing a motion for relief from judgment in the Oakland County Circuit Court. Petitioner filed the instant motion to compel on June 25, 2012, asking this court to set a deadline by which the circuit court must rule on her motion for relief from judgment, which is still pending despite Petitioner's "belie[f] that the state court has had more than a reasonable time to respond." (Pet.'s Mot. Compel 2, Dkt. # 65.) As it is established law that "federal courts have no authority . . . to direct state courts or their judicial officers in the performance of their duties," *Haggard v. Tennessee*, 421 F.2d 1384, 1386 (6th Cir. 1970), Petitioner's position is not well taken. Accordingly,

IT IS ORDERED that Petitioner's motion to compel [Dkt. # 65] is DENIED.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: August 9, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 9, 2012, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\06-13846.COWAN.2254DenyCompel.set.wpd