UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TRACY LYNN COWAN,

        Petitioner,

v.                                                           Case No. 06-13846

CLARICE STOVALL,

        Respondent.
_____/

## JUDGMENT

In accordance with the "Opinion and Order Denying Amended Petition for Writ of Habeas Corpus and Denying Certificate of Appealability" entered on July 15, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent Clarice Stovall, and against Petitioner Tracy Lynn Cowan. Dated at Port Huron, Michigan, July 15, 2021.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  By: <u>s/Lisa Wagner</u>
                                                     Lisa Wagner, Case Manager
                                                     to Judge Robert H. Cleland